**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC, et al.,<br><br>     Plaintiff(s),<br><br>vs.<br><br>CERTAIN UNDERWRITER'S AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,<br><br>     Defendant(s). | Case No. 2:15-cv-1746-JAD-NJK<br><br>ORDER |

   The Court hereby **SETS** a hearing on the parties' discovery plan, Docket No. 23, for 1:30 p.m. on December 29, 2015, in Courtroom 3B.

   IT IS SO ORDERED.

   DATED: December 10, 2015

                   _____
NANCY J. KOPPE
United States Magistrate Judge