UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| My Left Foot Children's Therapy, LLC,<br><br>Plaintiff<br><br>v.<br><br>Jonathan Gottlieb et al,<br><br>Defendants | 2:15-cv-01746-JAD-NJK |
| Mary Kaye Welch, et al.,<br><br>Plaintiffs<br><br>v.<br><br>My Left Foot Children's Therapy, LLC, et al.,<br><br>Defendants | *and related case*<br><br>2:14-cv-01786-MMD-GWF<br><br>**Transfer Order** |

Defendants My Left Foot Children's Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb filed a notice of related cases [ECF 14] in case 2:14-cv-01786-MMD-GWF, alerting the court that the above-captioned cases "involve 'the same property, transaction or event.'" ECF 14 at 1. In the interest of judicial economy, the presiding district judges in these actions have preliminarily determined that these cases are related and that good cause exists to transfer case 2:15-cv-01746-JAD-NJK to District Judge Miranda M. Du and Magistrate Judge George W. Foley under Local Rule 7-2.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer case 2:15-cv-01746-JAD-NJK to District Judge Miranda M. Du and Magistrate Judge George W. Foley, and all future pleadings must bear the case number 2:15-cv-01746-MMD-GWF.

Dated this 18th day of February, 2016

_____  _____
Miranda M. Du                    Jennifer A. Dorsey
United States District Judge     United States District Judge