UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MY LEFT FOOT CHILDREN'S ) Case #2:15-cv-01746-MMD-GWF
THERAPY, LLC, et al., )
    )
        Plaintiff(s), ) **VERIFIED PETITION FOR**
    ) **PERMISSION TO PRACTICE**
    vs. ) **IN THIS CASE ONLY BY**
    ) **ATTORNEY NOT ADMITTED**
CERTAIN UNDERWRITERS AT ) **TO THE BAR OF THIS COURT**
LLOYD'S LONDON SUBSCRIBING TO ) **AND DESIGNATION OF**
POLICY NO. HAH15-0632, ) **LOCAL COUNSEL**
    )
        Defendant(s). )
_____) FILING FEE IS $250.00

_____Shawn Hanson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Akin Gump Strauss Hauer & Feld LLP_____
(firm name)

with offices at _____580 California Street, Suite 1500_____ ,
(street address)

___San Francisco___ , ___California___ , ___94104___ ,
(city)             (state)            (zip code)

___415-765-9528___ , ___shanson@akingump.com___ .
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Plaintiffs My Left Foot Children's Therapy, et al_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **December 12, 1983**, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of **California**
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of California | September 25, 1985 | 109321 |
| Central District of California | June 15, 1990 | 109321 |
| Eastern District of California | December 12, 1983 | 109321 |
| Southern District of California | November 19, 1996 | 109321 |
| Ninth Circuit Court of Appeals | June 18, 1990 | 109321 |
| See attached Exhibit A for additional courts | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

San Francisco Bar Association; California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 17, 2016 | 2:14-cv-0308-RFB | U.S. District Court of Nevada | Granted |
| October 1, 2015 | 2:14-cv-1786-MMD | U.S. District Court of Nevada | Granted |
| April 22, 2014 | 2:13-CV-00278-ABJ | U.S. Dist. Court of Wyoming | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF __California__ )
)
COUNTY OF __San Francisco__ )

____Shawn Hanson____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__18th__ day of __May__, __2018__.

__Suzanne B. Martinson, Notary Public__
Notary Public or Clerk of Court

> SUZANNE G. MARTINSON
> Notary Public – California
> San Francisco County
> Commission # 2182516
> My Comm. Expires Mar 7, 2021

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Craig R. Anderson____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Marquis Aurbach Coffing, 1000 Park Run Drive____,
(street address)

____Las Vegas____, ____Nevada____, ____89145____,
(city) (state) (zip code)

____702-382-0711____, ____canderson@maclaw.com____.
(area code + telephone number) (Email address)

4

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Craig R. Anderson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____(party's signature)_____

My Left Foot Children's Therapy, LLC, COO
(type or print party name, title)

_____(party's signature)_____

Jon and Ann Marie Gottlieb
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____Designated Resident Nevada Counsel's signature_____

6882    canderson@maclaw.com
Bar number    Email address

APPROVED:

Dated: this __31st__ day of __May__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

## PETITIONER SHAWN HANSON'S
## ADDITIONAL COURT ADMISSIONS

| Court | Date Admitted | Bar Number |
|---|---|---|
| Eleventh Circuit Court of Appeals | July 19, 2004 | 109321 |
| Supreme Court of California | December 12, 1983 | 109321 |
| U.S. District Court for the Western District of Michigan | May 30, 2002 | CA109321 |
| U.S. District Court for the Eastern District of Michigan | May 19, 1991 | None |

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

(With Complaint Check Attached)

May 21, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SHAWN EVERETT HANSON, #109321 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1983; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that no charges of professional or other misconduct have been filed with the State Bar, nor any proceedings instituted by the State Bar; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

STATE BAR OF CALIFORNIA
OFFICE OF CHIEF TRIAL COUNSEL
COMPLAINT HISTORY REPORT (CONFIDENTIAL)

State Bar No: 109321  Name: Shawn Everett Hanson

| Case Number | Stage | Status | Complaint Date | Date Closed | Complainant |
|---|---|---|---|---|---|

NO COMPLAINTS TO REPORT

Please note that a complaint is defined as "a communication alleging misconduct by a State Bar member sufficient to warrant an investigation that may result in discipline of the member if allegations are proved." (Rules Proc. of State Bar, rule 5.4(13).) Therefore, allegations closed with the determination that the matter does not warrant investigation or allegations pending review to determine if they warrant investigation, are not included in Complaint History Reports.

We are unable to provide copies of the actual complaint(s) as such communications to the State Bar of California are privileged pursuant to California Business and Professions Code, section 6094(a).

This report identifies complaints and allegations received by the State Bar and not findings by the State Bar Court. Therefore, even where this report indicates the disposition of "Discipline," the report does not identify the findings supporting that discipline, which may differ substantially from the allegations received by the State Bar. Please consult the specific discipline documents to learn what findings of misconduct were made by the court. In most cases, such documents may be found on the public profile page for the attorney under Attorney Search at www.calbar.ca.gov.