1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    MY LEFT FOOT CHILDREN'S THERAPY,          Case No. 2:15-cv-01746-MMD-GWF
     LLC, JON GOTTLIEB, ANN MARIE
10   GOTTLIEB,                                               ORDER

11                        Plaintiffs - Appellants,

12        v.

13   CERTAIN UNDERWRITER'S AT LLOYD'S
     LONDON SUBSCRIBING TO POLICY NO.
14   HAH15-0632,

15                        Defendant - Appellee.

16

17        Pursuant to the Ninth Circuit Court of Appeals' decision on appeal (ECF No. 71),

18   the part of this Court's September 19, 2016 Order granting in part summary judgment in

19   favor of Defendant-Appellee (ECF No. 52 at 9) and the judgment entered in favor of

20   Defendant-Appellee (ECF No. 61) are hereby vacated.

21        It is further ordered that the parties file a status report within seven (7) days of this

22   Order addressing whether the parties will request a settlement conference before this

23   case is set for trial.

24        DATED THIS 5th day of June 2018.

25

26                                              _____

27                                              MIRANDA M. DU
                                                UNITED STATES DISTRICT JUDGE
28