# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MY LEFT FOOT CHILDREN'S THERAPY, LLC, *et al.*,

Plaintiffs,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,

Defendant.

2:15-cv-01746-MMD-VCF

**ORDER**

MOTION TO AMEND [ECF NO. 83], MOTION TO COMPEL AND SET DISCOVERY SCHEDULE [ECF NO. 91], MOTION TO QUASH [ECF NO. 94]

Before the Court are Plaintiffs My Left Foot Children's Therapy, Jon Gottlieb, and Ann Marie Gottlieb's Motion for Leave to File First Amended Complaint (ECF No. 83) and Motion to Compel Discovery and Set Discovery Schedule (ECF No. 91) and non-party Huntersure, LLC's Motion to Quash Subpoena (ECF No. 94).

IT IS HEREBY ORDERED that a hearing on the Motion for Leave to File First Amended Complaint (ECF No. 83), Motion to Compel Discovery and Set Discovery Schedule (ECF No. 91), and Motion to Quash Subpoena (ECF No. 94) is scheduled for 1:00 PM, August 23, 2018, in Courtroom3D.

IT IS FURTHER ORDERED that the deadline to file a joint pretrial order currently set for August 16, 2018 (*see* ECF No. 81) is hereby vacated. The Court will discuss the scheduling of this case at the hearing.

DATED this 15th day of August, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE