# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MY LEFT FOOT CHILDRED'S THERAPY, LLC, JON GOTTLIEB, AND ANN MARIE GOTTLIEB,<br><br>            Plaintiffs,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632, *et al.*,<br><br>            Defendants. | 2:15-cv-01746-MMD-VCF<br>**ORDER** |

Before the court is Plaintiffs' Request for Immediate Sanctions Against Defendant for Violation of Court Order (ECF No. 108).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiffs' Request for Immediate Sanctions Against Defendant for Violation of Court Order (ECF No. 108) is scheduled for 2:00 PM, December 6, 2018, in Courtroom 3D.

DATED this 16th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE