**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (admitted *pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:      (415) 765-9500
Facsimile:       (415) 765-9501
Email:            shanson@akingump.com

**MARQUIS AURBACH COFFING**
CRAIG R. ANDERSON
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: canderson@maclaw.com

Attorneys for Plaintiffs My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC, JON GOTTLIEB, AND ANN MARIE GOTTLIEB,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-01746-MMD-VCF<br><br>**PLAINTIFFS MY LEFT FOOT CHILDREN'S THERAPY, LLC, JON GOTTLIEB, AND ANN MARIE GOTTLIEB'S UNOPPOSED MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Plaintiffs My Left Foot Children's Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb (collectively, "Plaintiffs") respectfully move this Court for an order to remove former counsel Nicholas Gregory from the CM/ECF service list and any mailing list in the above-referenced matter.

Mr. Gregory is no longer with Akin Gump Strauss Hauer & Feld LLP (Akin Gump). Pursuant to Local Rule IA 11-6(d) and (e), the removal will not result in delay of discovery, the trial, or any hearing in the case.

Akin Gump and affiliated counsel will continue to represent Plaintiffs. Counsel for Defendant has been contacted and has no objection to the present motion.

WHEREFORE, Plaintiffs request that this Court enter an order permitting the removal of Nicholas Gregory as counsel for Plaintiffs and that the clerk remove Mr. Gregory's name from the list of persons authorized to receive electronic notices in this action.

Dated: September 10, 2019

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By  /s/ Shawn Hanson
          Shawn Hanson

Attorneys for Plaintiffs My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb

**IT IS SO ORDERED:**

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 9-23-2019

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On September 10, 2019, I served the foregoing document described as:

**PLAINTIFFS MY LEFT FOOT CHILDREN'S THERAPY, LLC, JON GOTTLIEB, AND ANN MARIE GOTTLIEB'S UNOPPOSED MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST**

on the interested parties below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number**

BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties as stated above.

I declare that I am employed in the office of a member of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2019, at San Francisco, California.

/s/ Lorraine France-Gorn
Lorraine France-Gorn

---

1
CERTIFICATE OF SERVICE
Case No. 2:15-cv-01746-MMD-VCF