# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

MY LEFT FOOT CHILDREN'S THERAPY, LLC, *et al.*,

        Plaintiffs,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,

        Defendants.

2:15-cv-01746-MMD-VCF

**ORDER**

        Before the court is *My Left Foot Children's Therapy, LLC v. Certain Underwriters at Lloyd's London Subscribing to Policy No. HAH15-0632*, case number 2:15-cv-01746-MMD-VCF.

        This matter has been referred to the undersigned to set a hearing to determine if discovery should be reopened. (ECF NO. 130).

        Accordingly,

        IT IS HEREBY ORDERED that a hearing is scheduled for 1:00 PM, December 18, 2019, in Courtroom 3D.

        DATED this 6th day of December, 2019.

                                                      CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE