# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MY LEFT FOOT CHILDREN'S  )  Case #2:15-cv-01746-MMD-VCF
THERAPY, LLC, et al      )
                         )  **VERIFIED PETITION FOR**
       Plaintiff(s),     )  **PERMISSION TO PRACTICE**
                         )  **IN THIS CASE ONLY BY**
       vs.               )  **ATTORNEY NOT ADMITTED**
CERTAIN UNDERWRITERS AT  )  **TO THE BAR OF THIS COURT**
LLOYD'S LONDON SUBSCRIBING TO )  **AND DESIGNATION OF**
POLICY NO. HAH15-0632    )  **LOCAL COUNSEL**
       Defendant(s).     )
_____)  FILING FEE IS $250.00

_____Adam Kiehne_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

   Chasnoff Mungia Valkenaar Pepping & Stribling LLP
   _____
                        (firm name)

with offices at _____1020 NE Loop 410, Suite 150_____,
                              (street address)

_____San Antonio_____, _____Texas_____, ____78209____,
         (city)                    (state)           (zip code)

____210-469-3316____, ____akiehne@chasnoffstribling.com____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Certain Underwriters at Lloyd's London, et al   to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 2, 2007, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Texas
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Southern District of Texas | August 6, 2009 | 24054926 |
| USDC, Western District of Texas | February 7, 2011 | 24054926 |
| USDC, Northern District of Texas | December 15, 2010 | 24054926 |
| USDC, Eastern District of Texas | November 15, 2010 | 24054926 |
| USDC, District of Colorado | March 23, 2016 | 24054926 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas
San Antonio Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Texas_____ )
)
COUNTY OF _____Bexar_____ )

_____Adam Kiehne_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__9th__ day of __December__, __2019__.

_____
Notary Public or Clerk of Court

JAMIE R STAFFORD
Notary ID #126742621
My Commission Expires
July 19, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Nicholas M. Wieczorek___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3800 Howard Hughes Parkway, Suite 500_____,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)           (state)        (zip code)

___702-697-7543___, ___nwieczorek@clarkhill.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Nicholas M. Wieczorek_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Certain Underwriters at Lloyd's London, et al
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____        nwieczorek@clarkhill.com
Bar number                Email address

APPROVED:

Dated: this __10th__ day of __December__, 20__19__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 06, 2019

Re: Mr. Adam Clay Kiehne, State Bar Number 24054926

To Whom It May Concern:

This is to certify that Mr. Adam Clay Kiehne was licensed to practice law in Texas on November 02, 2007, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web