UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MY LEFT FOOT CHILDREN'S
THERAPY, LLC, et al

    Plaintiff(s),

vs.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON SUBSCRIBING TO
POLICY NO. HAH15-0632
    Defendant(s).

Case #2:15-cv-01746-MMD-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Matthew Edwin Pepping_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Chasnoff Mungia Valkenaar Pepping & Stribling LLP
(firm name)

with offices at      1020 NE Loop 410, Suite 150 ,
(street address)

     San Antonio     ,      Texas     ,      78209     ,
(city)      (state)      (zip code)

     210-469-8499     ,      mpepping@chasnoffstribling.com     .
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Certain Underwriters at Lloyd's London, et al     to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

3. That since <u>November 7, 2008</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Texas</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 10/7/2019 | 24065894 |
| United States Fifth Circuit Court of Appeals | 4/9/2014 | 24065894 |
| USDC, Southern District of Texas | 2/2/2010 | 24065894 |
| USDC, Western District of Texas | 2/20/2009 | 24065894 |
| USDC, Northern District of Texas | 3/15/2010 | 24065894 |
| USDC, Eastern District of Texas | 12/30/2009 | 24065894 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Texas____ )
)
COUNTY OF ____Bexar____ )

____Mathew Edwin Pepping____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10th__ day of __December__, __2019__

_____
Notary Public or Clerk of Court

JAMI DELGADO
Notary ID # 124914931
My Commission Expires
May 4, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nicholas M Wieczorek____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3800 Howard Hughes Parkway, Suite 500____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city) (state) (zip code)

____702-697-7543____, ____nwieczorek@clarkhill.com____.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Nicholas M. Wieczorek_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Certain Underwriters at Lloyd's London, et al.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_6170_        nwieczorek@clarkhill.com
Bar number        Email address

APPROVED:

Dated: this __10th__ day of __December__, 20__19__.

_____
UNITED STATES DISTRICT JUDGE

5

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 10, 2019

Re: Mr. Matthew Edwin Pepping, State Bar Number 24065894

To Whom It May Concern:

This is to certify that Mr. Matthew Edwin Pepping was licensed to practice law in Texas on November 07, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web