1    NICHOLAS M. WIECZOREK
     Nevada State Bar No. 6170
2    CLARK HILL PLLC
3    3800 Howard Hughes Parkway, Suite 500
     Las Vegas, Nevada 89169
4    Telephone:    (702) 862-8300
     Facsimile:    (702) 862-8400
5    nwieczorek@clarkhill.com
6    Attorneys for Defendant
     CERTAIN UNDERWRITERS AT LLOYD'S
7    LONDON SUBSCRIBING TO POLICY NO. HAH15-0632

8

9                        **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11   MY LEFT FOOT CHILDREN'S THERAPY,          Case No. 2:15-cv-01746-MMD-VCF
     LLC; JOHN GOTTLIEB AND ANN MARIE
12   GOTTLIEB,

13        Plaintiffs,                           **JOINT MOTION TO CONTINUE HEARING
                                                DATE TO DETERMINE IF DISCOVERY
                                                SHOULD BE REOPENED**
14        v.                                    **(FIRST REQUEST)**

15   CERTAIN UNDERWRITER'S AT LLOYD'S
     LONDON SUBSCRIBING TO POLICY NO.
16   HAH15-0632,

17        Defendant.

18

19        The Parties hereby jointly stipulate, and respectfully request that this Court continue the

20   hearing date of December 18, 2019, currently set to determine if discovery should be reopened (ECF
21
     No. 130). As grounds for this Motion the Parties state as follows:
22
          1.    Defendant has engaged new counsel, for whom petitions to appear *pro hac vice* are
23

24   being filed concurrently herewith.

25        2.    In light of this development, Counsel for both parties have conferred and agree that it
26
     would be best to postpone the hearing set for December 18, 2019 until a date convenient for the Court
27
     in February.
28

1    3.    Counsel for Plaintiffs and Barry Chasnoff, Defendant's new counsel, are well

2   acquainted, and have agreed that it would make sense for Mr. Chasnoff to have time to familiarize

3   himself with the file and then explore with Plaintiffs' counsel whether there is a resolution to this

4   matter satisfactory to all parties. In the alternative, the postponement would allow time for Counsel to

5   agree to an efficient discovery approach.

6
7        4.    Such an approach is in everyone's interest given that persons who may be deposed and

8   may have relevant documents reside in England as well as this country.

9        WHEREFORE the Parties request that the Court allow the instant Motion and continue the

10  December 18th hearing.

11
12
13       DATED this 10th day of December, 2019.

14
15  **CLARK HILL PLLC**                          **AKIN GUMP STRAUSS HAUER & FELD LLP**

16  By: */s/ Nicholas M. Wieczorek*              By: */s/ Shawn Hanson*
       NICHOLAS M WIECZOREK                          SHAWN HANSON
17     Nevada Bar No. 6170                           580 California Street, Suite 1500
       3800 Howard Hughes Parkway                    San Francisco, CA 94104
18     Suite 500                                     Telephone: (415) 765-9500
       Las Vegas, Nevada 89169                       Facsimile: (415) 765-9501
19     Telephone: (702) 862-8300                     Email: shanson@akingump.com
       Facsimile: (702) 862-8400                     *Attorneys pro hac vice for Plaintiffs my Left*
20     Email: nwieczorek@clarkhill.com              *Foot Children's Therapy, LLC, Jon*
       *Attorney for Defendant Certain*             *Gottlieb, and Ann Marie Gottlieb*
21     *Underwriters at Lloyd's London*
       *Subscribing to Policy No. HAH15-0632*
22
23
24
25
26
27
28

CHASNOFF MUNGIA VALKENAAR PEPPING &
STRIBLING LLP

By: */s/ Barry A. Chasnoff*
    BARRY A. CHASNOFF
    Matthew E Pepping
    Adam C. Kiehne
    1020 NE. Loop 410, Ste 150
    San Antonio, Texas 78209
    Telephone: (210) 469-4155
    Facsimile: (210-855-9898
    Email:bchasnoff@chasnoffstribiling.com
    Email: pepping@chasnoffstribiling.com
    Email: akiehne@chasnoffstribiling.com
    *Attorneys pro hac vice (pending) for*
    *Defendant Certain Underwriters at Lloyd's*
    *London Subscribing to Policy No. HAH15-*
    *0632*

JOINT MOTION TO CONTINUE HEARING DATE
Case No.: 2:15-cv-01746

NICHOLAS M. WIECZOREK
Nevada State Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:    (702) 862-8300
Facsimile:    (702) 862-8400
nwieczorek@clarkhill.com
Attorneys for Defendant
CERTAIN UNDERWRITERS AT LLOYD'S
LONDON SUBSCRIBING TO POLICY NO. HAH15-0632

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MY LEFT FOOT CHILDREN'S THERAPY,
LLC; JOHN GOTTLIEB AND ANN MARIE
GOTTLIEB,

    Plaintiffs,

    v.

CERTAIN UNDERWRITER'S AT LLOYD'S
LONDON SUBSCRIBING TO POLICY NO.
HAH15-0632,

    Defendant.

Case No. 2:15-cv-01746-MMD-VCF

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO CONTINUE HEARING
DATE TO DETERMINE IF DISCOVERY
SHOULD BE REOPENED
(FIRST REQUEST)**

    The Parties filed a Joint Motion to Continue Hearing Date to Determine if Discovery Should be Reopened ("Motion"). After reviewing the Motion, the Court is of the opinion that the Motion should be GRANTED. Accordingly,

    IT IS HEREBY ORDERED that the Motion is GRANTED and that the December 18th hearing to determine if discovery should be reopened (ECF No. 130) is continued to 11:00 AM, February 10, 2020, in Courtroom 3D.

    DATED this 13th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE