# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC; JOHN GOTTLIEB AND ANN MARIE GOTTLIEB, | 2:15-cv-01746-MMD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632, | |
| Defendant. | |

On February 10, 2020, the court had set an in-person status conference for June 25, 2020 at 10:00 AM.  (ECF No. 143).  Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, the status hearing on June 25, 2020, will be conducted by telephone.

On June 10, 2020, the parties filed the Joint Motion to Extend Discovery (ECF No. 149).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on the Joint Motion to Extend Discovery (ECF No. 149) is scheduled for 10:00 AM, June 25, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 11th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE