Nicholas M. Wieczorek
Nevada State Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169
Telephone: (702) 862-8300
nwieczorek@clarkhill.com

Barry A. Chasnoff
Texas State Bar No. 04153500 (admitted *pro hac vice*)
Blake W. Stribling
Texas State Bar No. 24070691 (admitted *pro hac vice*)
Adam Kiehne
Texas State Bar No. 24054926 (admitted *pro hac vice*)
CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING, LLP
1020 NE Loop 410, Suite 150
San Antonio, Texas  78209
Telephone: (210) 469-4155
bchasnoff@chasnoffstribling.com
bstribling@chasnoffstribling.com
akiehne@chasnoffstribling.com

*Attorneys for Certain Underwriters at
Lloyd's London Subscribing to Policy No. HAH15-0632*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC; JOHN GOTTLIEB AND ANN MARIE GOTTLIEB,<br><br>    Plaintiffs<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,<br><br>    Defendant. | Case No. 2:15-cv-01746-MMD-VCF<br><br>**JOINT MOTION TO EXTEND MOTION FOR LEAVE TO AMEND BRIEFING DEADLINES** |

Pursuant to LR 26-4, the Parties jointly stipulate to and request the extension of briefing deadlines in connection with the Parties' respective pending or soon to be filed Motions for Leave to Amend. As grounds for this request, the Parties state as follows:

1. The current Discovery Plan and Scheduling Order [ECF No. 159] was entered on July 10, 2020 ("**Scheduling Order**"). Under the Scheduling Order, the deadline to file motions to compel was October 30, 2020; and Plaintiffs' deadline to file a motion to further amend their pleadings is November 16, 2020. ECF No. 159 at ¶ 3(d), (g).

2. Defendants filed two motions to compel on October 30, 2020. ECF Nos. 169, 170. Under LR 7-2, the deadline for Plaintiffs' responses is Friday, November 13, 2020; and the deadline for Defendants' replies is Friday, November 20, 2020.

3. Defendants also filed a *Motion for Leave to File a First Amended Answer to Plaintiffs' First Amended Complaint to Add Counterclaims* on November 2, 2020. ECF No. 171. Under LR 7-2, the deadline for Plaintiffs' response is Monday, November 16, 2020; and the deadline for Defendants' reply is Monday, November 23, 2020.

4. Plaintiffs plan to file a Motion for Leave to Amend their pleading by Monday, November 16, 2020. Under LR 7-2, if that motion is filed on November 16, then the deadline for Defendants' response would be Monday, November 30, 2020; and the deadline for Plaintiffs' reply would be Monday, December 7, 2020.

5. As such, the Parties collectively have nine briefs due between November 13, 2020 and December 7, 2020 – a time period that also includes the Thanksgiving Holiday.

6. For these reasons, there is good cause to extend the deadlines for the briefing in connection with the Parties' respective Motions for Leave to Amend;[1] and the Parties respectfully move the Court to extend those briefing deadlines as follows:

   a. Plaintiffs' *Response to Defendants' Motion for Leave to Amend* must be filed by **November 23, 2020**;

   b. Defendants' *Reply in Support of Motion for Leave to Amend* must be filed by **December 2, 2020**;

   c. Defendants' *Response to Plaintiffs' Motion for Leave to Amend* must be filed by **December 9, 2020**;

   d. Plaintiffs' *Reply in Support of Motion for Leave to Amend* must be filed by **December 16, 2020**.

WHEREFORE the Parties request that the Court allow this stipulation and extend the Motion for Leave to Amend briefing deadlines as set forth above.

DATED this 10th day of November 2020.

| **MARQUIS AURBACH COFFING** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| By: */s/ Craig R. Anderson*<br>    Craig R. Anderson, Esq.<br>    Nevada Bar No. 6882<br>    10001 Park Run Drive<br>    Las Vegas, NV 89145<br>*Attorneys for Plaintiffs My Left Foot Children's Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb* | By: */s/ Shawn Hanson*<br>    Shawn Hanson<br>    580 California Street, Suite 1500<br>    San Francisco, CA 94104<br>    Telephone:  (415) 765-9500<br>    Facsimile:  (415) 765-9501<br>    Email:  shanson@akingump.com<br>*Attorneys pro hac vice for Plaintiffs My Left Foot Children's Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb* |

---

[1] The Parties do not seek to extend the deadlines in connection with the Motions to Compel.

**CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING LLP**

By: /s/ Barry A. Chasnoff
    Barry A. Chasnoff
    Blake W. Stribling
    Adam Kiehne
    1020 NE. Loop 410, Ste 150
    San Antonio, Texas 78209
    Telephone: (210) 469-4155
    Facsimile: (210-855-9898
    Email: bchasnoff@chasnoffstribiling.com
    Email: bstribling@chasnoffstribiling.com
    Email: akiehne@chasnoffstribiling.com

*Attorneys pro hac vice for Defendant Certain Underwriters at Lloyd's London Subscribing to Policy No. HAH15-0632*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 11-13-2020

3

Joint Motion to Extend Motion for Leave to Amend Briefing Deadlines
Case No.: 2:15-cv-01746

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING LLP, and that on this day November 10, 2020, a true and correct copy of the foregoing **JOINT MOTION TO EXTEND MOTION FOR LEAVE TO AMEND BRIEFING DEADLINES** was served via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk:

Shawn Hanson
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone: 415.765-9500
Facsimile: 415.765-9501
Email: shanson@akingump.com
ngregory@akingump.com

*Counsel pro hac vice for Plaintiffs
My Left Foot Children's Therapy, LLC,
Jon Gottlieb, and Ann Marie Gottlieb*

Craig R. Anderson
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV  89145
Telephone: 702.382-0711
Facsimile: 702.382-5816
Email: canderson@maclaw.com

*Counsel for Plaintiffs My Left Foot
Children's Therapy, LLC, Jon Gottlieb,
and Ann Marie Gottlieb*

　　　　　　　　　　　　　　　　　__/s/ *Jamie R. Stafford*_____
　　　　　　　　　　　　　　　　　An Employee of CHASNOFF MUNGIA VALKENAAR
　　　　　　　　　　　　　　　　　PEPPING & STRIBLING LLP