**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC; JOHN GOTTLIEB AND ANN MARIE GOTTLIEB, | 2:15-cv-01746-MMD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632, | |
| Defendant. | |

Before the Court are the following motions:

1. Defendant Underwriters' First Motion To Compel Production Of Documents With Memorandum Of Points And Authorities (ECF No. 166),

2. Defendant Underwriters' Second Motion To Compel Production Of Documents With Memorandum Of Points And Authorities (ECF No. 169),

3. Defendant Underwriters' Third Motion To Compel Production Of Documents With Memorandum Of Points And Authorities (ECF No. 170),

4. Defendant Underwriters' Motion For Leave To File First Amended Answer To Plaintiffs' First Amended Complaint To Add Counterclaims For (1) Recission And (2) Declaratory Judgment (ECF No. 171).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing is scheduled for 2:00 PM, February 4, 2021, on the above referenced motions.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, February 3, 2021.

1    IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

2    INSTRUCTIONS FOR THE VIDEO CONFERENCE

3    Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing

4    to the participants email provided to the Court.

5    • Log on to the call ten (10) minutes prior to the hearing time.

6    • Mute your sound prior to entering the hearing.

7    • Do not talk over one another.

8    • State your name prior to speaking for the record.

9    • Do not have others in the video screen or moving in the background.

10    • No recording of the hearing.

11    • No forwarding of any video conference invitations.

12    • Unauthorized users on the video conference will be removed.

13    DATED this 14th day of January, 2021.

14    _____
      CAM FERENBACH
15    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25