**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

My Left Foot Children's Therapy, LLC, et al.,

        Plaintiff(s),

vs.

Certain Underwriter's at Lloyd's London Subscribing to Policy No. HAH15-0632,

        Defendant(s).

Case #2:15-cv-01746-MMD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Nicholas Gregory_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Nicholas Gregory Law
(firm name)

with offices at   731 47th Ave, #1  ,
(street address)

San Francisco, California, 94121,
(city)   (state)   (zip code)

319-631-8139, nicholasgregorylaw@gmail.com.
(area code + telephone number)   (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Plaintiffs My Left Foot Children's Therapy, et al to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ____March 7, 2011____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ____California____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of California | May 4, 2011 | 275582 |
| Central District of California | April 11, 2014 | 275582 |
| Ninth Circuit Court of Appeals | June 5, 2013 | 275582 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None
*Please note Petitioner has already been  admitted pro hac vice in this matter (in 2018) as an attorney for Akin Gump, counsel of record for Plaintiffs, and participated to a significant degree in the litigation. (See ECF No. 72; see also item 8, below.) Petitioner also handled the related appeal predating his pro hac admission in this matter. Petitioner now seeks to confirm his pro hac vice admission status to renew his involvement in this matter in association with Akin Gump.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 12, 2016 | 2:14-cv-0308-RFB | U.S. District Court of Nevada | Granted |
| May 31, 2018 | 2:15-cv-01746-MMD- | U.S. District Court of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

                                                                                             _____
                                                                                                 Petitioner's signature

STATE OF California )
COUNTY OF San Francisco )

Nicholas Gregory, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

                                                                                            _____
                                                                                                 Petitioner's signature

Subscribed and sworn to before me this

7th day of JUNE , 2021 .

_____ *SEE ATTACHED
    Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
### THE BAR OF THIS COURT AND CONSENT THERETO.

      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate    Craig Anderson   ,
                                                                                                   (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

                                       10001 Park Run Drive
_____,
                                             (street address)

      Las Vegas      ,      Nevada      ,   89145  ,
       (city)                      (state)              (zip code)

    7023820711    ,   canderson@maclaw.com   .
(area code + telephone number)       (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ____Craig Anderson____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_Jon Gottlieb_
(party's signature)

Jon Gottlieb, My Left Foot Children's Therapy, LLC, COO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6882                         canderson@maclaw.com
Bar number                   Email address

APPROVED:

Dated: this __10th__ day of __June__, 20__21__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this __7th__ day of
DATE

__JUNE__, 20__21__, by __NICKOLAS GREGORY__,
MONTH         YEAR        SIGNER

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NICHOLAS BECKER
COMM # 2251369
SAN FRANCISCO County
California Notary Public
Comm Exp. July 27, 2022

_____
NOTARY'S SIGNATURE

NOTARY SEAL

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and may prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- ☒ INDIVIDUAL
- ○ CORPORATE OFFICER
- ○ PARTNER(S)
- ○ ATTORNEY-IN-FACT
- ○ TRUSTEE(S)
- ○ GUARDIAN/CONSERVATOR
- ○ OTHER:_____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**

**DESCRIPTION OF ATTACHED DOCUMENT**

US DISTRICT COURT PETITION
TITLE OR TYPE OF DOCUMENT

5
NUMBER OF PAGES

6/7/21
DATE OF DOCUMENT

OTHER

RIGHT THUMBPRINT OF SIGNER



# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

June 7, 2021

Nicholas Gregory
731 47th Ave
#1
San Francisco, CA 94121

Re: State Bar Number 275582 – Nicholas James Gregory

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Denise Velasco
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

3       Complaint Check

Delivery Method: UPS Domestic
PH: 3196318139

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING
(With Complaint Check Attached)

June 7, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NICHOLAS JAMES GREGORY, #275582 was admitted to the practice of law in this state by the Supreme Court of California on March 7, 2011 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that no charges of professional or other misconduct have been filed with the State Bar, nor any proceedings instituted by the State Bar; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

**State Bar of California**
**Office of Chief Trial Counsel**
**Complaint History Report (Confidential)**
Run Date: 6/07/2021 06:32 AM

State Bar No: 275582   Name: Gregory, Nicholas James

# No Complaints To Report

Please note that a complaint is defined as "a communication alleging misconduct by a State Bar member sufficient to warrant an investigation that may result in discipline of the member if allegations are proved."   (Rules Proc. of State Bar, rule 5.4(13) .) Therefore, allegations closed with the determination that the matter does not warrant investigation or allegations pending review to determine if they warrant investigation, are not included in Complaint History Reports.

We are unable to provide copies of the actual complaint(s) as such communications to the State Bar of California are privileged pursuant to California Business and Professions Code, section 6094(a).

This report identifies complaints and allegations received by the State Bar and not findings by the State Bar Court.  Therefore, even where this report indicates the disposition of "Discipline," the report does not identify the findings supporting that discipline, which may differ substantially from the allegations received by the State Bar. Please consult the specific discipline documents to learn what findings of misconduct were made by the court. In most cases, such documents may be found on the public profile page for the attorney under Attorney Search at www.calbar.ca.gov.

# CERTIFICATE OF SERVICE

*My Left Foot Children's Therapy, LLC, et al. v.*
*Certain Underwriters at Lloyd's London Subscribing to Policy No. HAH15-0632*
*U. S. District Court of Nevada Case No. 2:15-cv-01746- MMD-VCF*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. My email address is: lfrance-gorn@akingump.com. On June 9, 2021, I served the foregoing documents described as:

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

on the interested parties below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number**

BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the respective e-mail addresses of the parties as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2021, at San Francisco, California.

*Lorraine France-Gorn*
Lorraine France-Gorn