**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (admitted *pro hac vice*)
ERIN BREWER (admitted *pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:      (415) 765-9500
Facsimile:       (415) 765-9501
Email:            shanson@akingump.com
                      erin.brewer@akingump.com

**MARQUIS AURBACH COFFING**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email:  canderson@maclaw.com

Attorneys for Plaintiffs My Left Foot Children's Therapy,
LLC, Jon Gottlieb, and Ann Marie Gottlieb

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC; JON GOTTLIEB AND ANN MARIE GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,<br><br>Defendant. | Case No. 2:15-cv-01746-MMD-VCF<br><br>**JOINT STIPULATION TO MODIFY HEARING DATE AND BRIEFING SCHEDULE** |

Plaintiffs My Left Foot Children's Therapy Services LLC, Jon Gottlieb, and Ann Marie Gottlieb ("**Plaintiffs**") and Defendant Underwriters at Lloyd's London Subscribing to Policy No. HAH15-0632 ("**Defendant**") (together with Plaintiffs, the "**parties**") jointly submit this Stipulation to modify: (1) the October 14, 2021 hearing date set by ECF No. 241 on the following motions: ECF Nos. 219, 220, 221, 222, 231, 232, and 233 (the "**Pending Motions**"), and (2) the time to file a

1  response in opposition to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 240), which was
2  filed September 21, 2021 (the "**MPSJ**").  In support thereof, the parties state as follows:
3      WHEREAS, over the past few months, the parties filed several motions, including the Pending
4  Motions and MPSJ;
5      WHEREAS, the Pending Motions have been fully briefed;
6      WHEREAS, under Local Rule 7-2, Defendant's deadline to file a response to the MPSJ is
7  October 12, 2021, and Plaintiffs' deadline to file a reply in support of the MPSJ is 14 days after service
8  of the response;
9      WHEREAS, on September 29, 2021, the Court entered an order setting a hearing date on the
10 Pending Motions (*see* ECF No. 241);
11     WHEREAS, the hearing is currently set for October 14, 2021;
12     WHEREAS, the availability of both parties' counsel has been affected by personal and medical
13 issues since September 2021 (*see* ECF No. 243);
14     WHEREAS, Plaintiffs have multiple conflicts with the October 14 hearing date, including: (1)
15 lead counsel has a longstanding personal appointment that conflicts with the October 14 date, and (2)
16 another of Plaintiffs' counsel will be out of the country October 11-21 for a vacation and family
17 engagement that had been scheduled many months prior;
18     WHEREAS, the briefing schedule on Plaintiffs' MPSJ also poses additional scheduling
19 conflicts with the hearing date;
20     WHEREAS, Plaintiffs have conferred with counsel for Defendant regarding the above, and
21 requested that: (1) the hearing be moved to the week of November 1, 2021, (2) the deadline for
22 Defendant to file its response to Plaintiffs' MPSJ be moved to October 26, 2021, and (3) the reply in
23 support of Plaintiffs' MPSJ be moved to November 16, 2021;
24     WHEREAS, there is good cause to postpone the hearing until the week of November 1, 2021
25 and to extend the MPSJ briefing deadlines, and this stipulation is made in good faith, and not for some
26 impermissible purpose such as to harass, delay, or prejudice;
27     WHEREAS, this is the parties' first request to postpone the hearing and this briefing;
28

NOW, THEREFORE, the parties request that the Court enter an order rescheduling the hearing on the Pending Motions to the week of November 1, 2021 (or to the next available date on the Court's docket thereafter), and extending the briefing schedule for Plaintiffs' MPSJ, so that Defendant's Opposition is due on October 26, 2021, and Plaintiffs' Reply due November 16, 2021.

Dated:  October 7, 2021

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ Shawn Hanson*
    Shawn Hanson
    Admitted *pro hac vice*
    580 California Street, Suite 1500
    San Francisco, CA 94104
    Attorneys for Plaintiffs

Respectfully Submitted,

MARQUIS AURBACH COFFING

By:   */s/ Craig R. Anderson*
    Craig R. Anderson
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada  89145
    Attorneys for Plaintiffs

CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING, LLP

By: */s/* Adam Kiehne
    Adam Kiehne
    Admitted *pro hac vice*
    1020 NE Loop 410, Suite 150
    San Antonio, TX  78209
    Attorneys for Defendant

## ORDER

The hearing on the Pending Motions is hereby rescheduled from October 14, 2021, to December 8, 2021 at 1:00 PM.

~~The briefing schedule for Plaintiffs' MPSJ is as follows: Defendant's Opposition due on October 26, 2021, and Plaintiffs' Reply due November 16, 2021.~~

IT IS HEREBY ORDERED that the parties must submit a separate stipulation to Chief Judge Du on the briefing for the Motion for Partial Summary Judgment.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  10-7-2021

1  I, Shawn Hanson, attest that all other signatories listed above, and on whose behalf the filing is
2  submitted, concur in the filing's content and have authorized the filing.

4  Dated:  October 7, 2021                                  */s/ Shawn Hanson*
5                                                            Shawn Hanson

# CERTIFICATE OF SERVICE

*My Left Foot Children's Therapy, LLC, et al. v.*
*Certain Underwriters at Lloyd's London Subscribing to Policy No. HAH15-0632*
*U. S. District Court of Nevada Case No. 2:15-cv-01746- MMD-VCF*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. My email address is: lfrance-gorn@akingump.com. On October 7, 2021, I served the foregoing documents described as:

**1. JOINT STIPULATION TO MODIFY HEARING DATE AND BRIEFING SCHEDULE**

on the interested parties below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number**

BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the respective e-mail addresses of the parties as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2021, at San Francisco, California.

                                  */s/ Lorraine France-Gorn*
                                  Lorraine France-Gorn