Nicholas M. Wieczorek
Nevada State Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
nwieczorek@clarkhill.com

Barry A. Chasnoff     (admitted *pro hac vice*)
Adam Kiehne           (admitted *pro hac vice*)
Jacob Litzenberger    (admitted *pro hac vice*)
CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING, LLP
1020 NE Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155
bchasnoff@chasnoffstribling.com
akiehne@chasnoffstribling.com
jlitzenberger@chasnoffstribling.com

*Attorneys for Certain Underwriters at*
*Lloyd's London Subscribing to Policy No. HAH15-0632*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC; JON GOTTLIEB AND ANN MARIE GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,<br><br>Defendant. | Case No. 2:15-cv-01746- MMD- VCF<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE** |

Plaintiffs My Left Foot Children's Therapy, LLC, John Gottlieb and Ann Marie Gottlieb ("**Plaintiff**") and Defendant Underwriters at Lloyd's London Subscribing to Policy No. HAH15-0632 ("**Defendant**") (together with Plaintiffs, the "**parties**") jointly submit this Stipulation to modify the time Defendant has to file a response in opposition to Plaintiffs' Motion for Partial Summary Judgment

(ECF No. 240, which was filed September 21, 2021 (the "**MPSJ**"), and the time Plaintiffs have to file a reply in support of their MPSJ. In support thereof, the parties state as follows:

WHEREAS, under Local Rule 7-2, Defendant's deadline to file a response to the MPSJ is October 12, 2021, and Plaintiffs' deadline to file a reply in support of the MPSJ is 14 days after service of the response;

WHEREAS, both parties' counsel has been affected by significant medical issues and personal conflicts since September (*see* ECF No. 243);

WHEREAS, Plaintiffs have conferred with counsel for Defendant regarding the above, and requested that: (1) the deadline for Defendant to file its response to Plaintiffs' MPSJ be moved to October 26, 2021, and (2) the reply in support of Plaintiffs' MPSJ be moved to November 16, 2021;

WHEREAS, there is good cause to extend the MPSJ briefing deadlines, and this stipulation is made in good faith, and not for some impermissible purpose such as to harass, delay, or prejudice;

WHEREAS, this is the parties' first request to extend the briefing deadlines;

NOW, THEREFORE, the parties request that the Court enter an order extending the briefing schedule for Plaintiffs' MPSJ, so that Defendant's Opposition is due on October 26, 2021, and Plaintiffs' Reply is due November 16, 2021.

Respectfully submitted,

| | |
|---|---|
| CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING, LLP | AKIN GUMP STRAUSS HAUER & FELD, LLP |
| By: */s/ Adam Kiehne* <br> Adam Kiehne <br> 1020 NE Loop 410, Suite 150 <br> San Antonio, Texas 78209 <br> Telephone: (210) 469-4155 <br> akiehne@chasnoffstribling.com | By: */s/ Shawn Hanson* <br> Shawn Hanson <br> 580 California Street, Suite 1500 <br> San Francisco, CA 94104 <br> Telephone: (415) 765-9500 <br> shanson@akingump.com |
| CLARK HILL PLLC <br> Nicholas M. Wieczorek <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 862-8300 <br> nwieczorek@clarkhill.com | MARQUIS AURBACH COFFING <br> Craig R. Anderson <br> 10001 Park Run Drive <br> Las Vegas, NV 89145 <br> Telephone: (702) 382-0711 <br> canderson@maclaw.com |
| *Counsel for Certain Underwriters at Lloyd's London Subscribing to Policy No. HAH15-0632* | *Counsel for Plaintiffs My Left Foot Children's Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb* |

IT IS SO ORDERED.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE
DATED: October 8, 2021

# **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING LLP, and that on this day October 8, 2021, a true and correct copy of the foregoing **Joint Stipulation to Modify Briefing Schedule** was served via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk:

Shawn Hanson
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone: 415.765-9500
Facsimile: 415.765-9501
Email: shanson@akingump.com
ngregory@akingump.com

*Counsel pro hac vice for Plaintiffs*
*My Left Foot Children's Therapy, LLC,*
*Jon Gottlieb, and Ann Marie Gottlieb*

Craig R. Anderson
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV  89145
Telephone: 702.382-0711
Facsimile: 702.382-5816
Email: canderson@maclaw.com

*Counsel for Plaintiffs My Left Foot*
*Children's Therapy, LLC, Jon Gottlieb,*
*and Ann Marie Gottlieb*

                                      __/s/ *Jamie Stafford*_____
                                      An Employee of CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING LLP