# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC; JON GOTTLIEB AND ANN MARIE GOTTLIEB,<br><br>Plaintiff(s),<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,<br><br>Defendant(s). | 2:15-cv-01746-MMD-VCF<br><br>**ORDER** |

Before me is the joint stipulation to vacate hearing. (ECF No. 256). In light of the parties' tentative agreement to settle this matter, including all claims and counterclaims, the hearing scheduled for December 17, 2021, is VACATED.

Accordingly,

I ORDER that the following motions are DENIED without prejudice:

1. Defendant Underwriters' motion to enforce order compelling production and for sanctions with memorandum of points and authorities (ECF No. 219),

2. Plaintiffs' motion to modify protective order (ECF No. 220),

3. Defendant Underwriters' motion to extend dates and reopen limited discovery (ECF No. 221),

4. Defendant Underwriters' motion for protective order (ECF No. 222),

5. Plaintiffs' motion to compel responses to interrogatories (ECF No. 231),

6. Defendant Underwriters' motion to compel re: their fourth set of requests for production of documents to plaintiffs (ECF N0. 232),

7. Defendant Underwriters' motion to overrule plaintiff's deposition objections and further relief in connection therewith (ECF No. 233)

If the tentative settlement does not come to fruition, the parties must meet and confer in a good faith effort to resolve all remaining discovery disputes in light of changed circumstances. Any future discovery motions must be limited to issues raised in the motions denied without prejudice by this order, only to the extent that, despite their best efforts, counsel were not able to reach a reasonable resolution.

I FURTHER ORDER that the proposed stipulation and order for dismissal must be filed on or before February 16, 2022.

DATED this 15th day of December, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE