**AKIN GUMP STRAUSS HAUER & FELD LLP**
ERIN BREWER (admitted *pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:     (415) 765-9500
Facsimile:     (415) 765-9501
Email:         erin.brewer@akingump.com

**MARQUIS AURBACH COFFING**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email:  canderson@maclaw.com

Attorneys for Plaintiffs
My Left Foot Children's Therapy, LLC, Jon Gottlieb,
and Ann Marie Gottlieb

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MY LEFT FOOT CHILDREN'S THERAPY, LLC; JON GOTTLIEB AND ANN MARIE GOTTLIEB,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632,<br><br>Defendant. | Case No. 2:15-cv-01746-MMD-VCF<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs My Left Foot Children's Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb and Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. HAH15-0632 (collectively, "the Parties"), through their undersigned counsel, that the above-captioned action, including all claims and counterclaims, be and hereby is ***dismissed with prejudice*** in its entirety, pursuant to F.R.C.P. 41(a)(1).

IT IS FURTHER STIPULATED by and between the Parties that each party shall bear its own attorneys' fees and costs of suit.

Respectfully submitted,

| AKIN GUMP STRAUSS HAUER & FELD LLP | MARQUIS AURBACH COFFING |
|---|---|
| By: */s/ Erin Brewer* <br> Erin Brewer, Esq. <br> Admitted *pro hac vice* <br> 580 California Street, Suite 1500 <br> San Francisco, CA 94104 <br> Attorney for Plaintiffs | By: */s/ Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for Plaintiffs |

CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING, LLP

By: */s/Barry A. Chasnoff*
Barry A. Chasnoff
Admitted *pro hac vice*
1020 NE Loop 410, Suite 150
San Antonio, TX 78209
Attorney for Defendant

I, Erin Brewer, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2022        */s/ Erin Brewer*
                               Erin Brewer

## **ORDER**

Based on the stipulation of the parties and good cause having been shown, this action is hereby dismissed with prejudice in its entirety, pursuant to F.R.C.P. 41(a)(1).

IT IS SO ORDERED.

Dated: February 9, 2022                _____
                                        United States District Judge